IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH KIRKENDALL, | ) | CASE NO. 8:07CV413 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| CIGNA LIFE INSURANCE OF N.Y., Inc., | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court finds that the stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal with Prejudice (Filing No. 25) is approved;

2. The Second Amended Complaint (Filing No. 8) and all claims in this matter are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 27th day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge